1    STEVEN H. BOVARNICK (State Bar # 99361)
     Sbovarnick@lpslaw.com
2    LELAND, PARACHINI, STEINBERG,
        MATZGER & MELNICK, LLP
3    199 Fremont Street - 21st Floor
     San Francisco, California  94105
4    Telephone: (415) 957-1800
     Facsimile: (415) 974-1520
5
     Attorneys for JLD-WP, LLC, a California limited liability company; CALIFORNIA CHECK
6    CASHING, LLC, a California limited liability company; and CALIFORNIA CHECK CASHING,
     INC., a California corporation
7

8
                        UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11
     IRVING GRIFFIN,                          CASE NO. C10-01867 MEJ
12
                    Plaintiff,                **STIPULATION AND [PROPOSED]**
13                                            **ORDER EXTENDING TIME TO**
             vs.                              **RESPOND TO COMPLAINT**
14
     WILLOW PASS ONE, LLC; JLD-WP, LLC;
15   CALIFORNIA CHECK CASHING, LLC;
     CALIFORNIA CHECK CASHING, INC.; and
16   DOES 1 - 10, inclusive,

17                  Defendants.

18

19          IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff IRVING

20   GRIFFIN ("GRIFFIN"), and Defendants JLD-WP, LLC, a California limited liability company

21   ("JLD-WP"), CALIFORNIA CHECK CASHING, LLC, a California limited liability company,

22   ("CCC, LLC") and CALIFORNIA CHECK CASHING, INC., a California corporation ("CCC,

23   INC"), by and through their respective counsel, that defendants are granted an extension of time to

24   and including June 18, 2010 in which to answer or otherwise respond to GRIFFIN's complaint.

25   Defendants CCC, LLC and CCC, INC were served with the complaint on May 12, 2010 and their

26   response was due June 3, 2010.  Defendant JLD-WP was served with the complaint on May 16,

27   2010 and its response was due on June 7, 2010.

28   {S:\JLDWP\0001\LTR\685266.DOC}                                    C10-01867 MEJ

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21ST FLOOR
SAN FRANCISCO, CALIFORNIA  94105
TEL (415) 957-1800 • FAX (415) 974-1520

LAW OFFICES OF—
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET • 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520

1 | DATED: June 9, 2010

LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: _____
Steven H. Bovarnick
Attorneys for JLD-WP, LLC, a California limited liability company; CALIFORNIA CHECK CASHING, LLC, a California limited liability company; and CALIFORNIA CHECK CASHING, INC., a California corporation

8 | DATED: June 9, 2010

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein
Attorneys for Plaintiff

IT IS HEREBY ORDERED that Defendants JLD-WP, LLC, a California limited liability company, CALIFORNIA CHECK CASHING, LLC, a California limited liability company, and CALIFORNIA CHECK CASHING, INC., a California corporation are granted an extension of time to and including June 18, 2010 in which to answer or otherwise respond to plaintiff's complaint.

DATED: June 16, 2010

By: _____
Honorable Maria-Elena James
UNITED STATES DISTRICT JUDGE