1  STEVEN H. BOVARNICK (State Bar # 99361)
   Sbovarnick@lpslaw.com
2  LELAND, PARACHINI, STEINBERG,
      MATZGER & MELNICK, LLP
3  199 Fremont Street - 21st Floor
   San Francisco, California 94105
4  Telephone: (415) 957-1800
   Facsimile: (415) 974-1520

5
   Attorneys for JLD-WP, LLC, a California limited liability company; CALIFORNIA CHECK
6  CASHING, LLC, a California limited liability company; and CALIFORNIA CHECK CASHING,
   INC., a California corporation

7

8

9                    UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12  IRVING GRIFFIN,                        CASE NO. C10-01867 MEJ

13              Plaintiff,                 STIPULATION AND [PROPOSED]
                                           ORDER EXTENDING TIME TO
14      vs.                                RESPOND TO COMPLAINT

15  WILLOW PASS ONE, LLC; JLD-WP, LLC;
    CALIFORNIA CHECK CASHING, LLC;
16  CALIFORNIA CHECK CASHING, INC.; and
    DOES 1 - 10, inclusive,
17
                Defendants.
18

19      IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff IRVING

20  GRIFFIN ("GRIFFIN"), and Defendants JLD-WP, LLC, a California limited liability company

21  ("JLD-WP"), CALIFORNIA CHECK CASHING, LLC, a California limited liability company,

22  ("CCC, LLC") and CALIFORNIA CHECK CASHING, INC., a California corporation ("CCC,

23  INC"), by and through their respective counsel, that defendants are granted an extension of time to

24  and including July 8, 2010 in which to answer or otherwise respond to GRIFFIN's complaint.

25  There has been one prior extension to respond, until June 18, 2010. The parties are continuing

26  their discussions, and in the interests of judicial economy and to coordinate the response date with

27  the other appearing defendant, have agreed to this further extension.

28  {S:\JLD-WP\0001\LTR\685266.DOC}                          C10-01867 MEJ

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 · FAX (415) 974-1520

1  DATED: June 4, 2010                    LELAND, PARACHINI, STEINBERG,
2                                          MATZGER & MELNICK, LLP
3                                          By: _____
4                                             Steven H. Bovarnick
                                              Attorneys for JLD-WP, LLC, a California
5                                             limited liability company; CALIFORNIA
                                              CHECK CASHING, LLC, a California
6                                             limited liability company; and CALIFORNIA
                                              CHECK CASHING, INC., a California
7                                             corporation
8  DATED: June 21, 2010                    LAW OFFICES OF PAUL L. REIN
9
10                                          By: _____
11                                             Paul L. Rein
                                              Attorneys for Plaintiff
12
13        IT IS HEREBY ORDERED that Defendants JLD-WP, LLC, a California limited liability

14  company, CALIFORNIA CHECK CASHING, LLC, a California limited liability company, and

15  CALIFORNIA CHECK CASHING, INC., a California corporation are granted an extension of

16  time to and including July 8, 2010 in which to answer or otherwise respond to plaintiff's

17  complaint.

18

19  DATED: June 22, 2010              By: _____
20                                          Honorable Maria-Elena James
                                            UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

{S:\LDWP\0001\LTR\685266.DOC}              2                          C10-01867 MEJ
                                          STIPULATION AND [PROPOSED] ORDER
                                          EXTENDING TIME TO RESPOND TO
                                          COMPLAINT

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21st FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520