STEVEN H. BOVARNICK (State Bar # 99361)
Sbovarnick@lpslaw.com
JACK V. VALINOTI (State Bar # 214715)
Jvalinoti@lpslaw.com
LELAND, PARACHINI, STEINBERG,
    MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California 94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for JLD-WP, LLC, a California limited liability company; CALIFORNIA CHECK CASHING, LLC, a California limited liability company; and CALIFORNIA CHECK CASHING, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IRVING GRIFFIN,<br><br>              Plaintiff,<br><br>       vs.<br><br>WILLOW PASS ONE, LLC; JLD-WP, LLC; CALIFORNIA CHECK CASHING, LLC; CALIFORNIA CHECK CASHING, INC.; and DOES 1 - 10, inclusive,<br><br>              Defendants. | CASE NO. C10-01867 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff IRVING GRIFFIN and Defendants JLD-WP, LLC, a California limited liability company, CALIFORNIA CHECK CASHING, LLC, a California limited liability company and CALIFORNIA CHECK CASHING, INC., a California corporation, by and through their respective counsel, that defendants are granted a further extension of time to and including July 23, 2010 in which to answer or otherwise respond to IRVING GRIFFIN's complaint. The parties are continuing their discussions and have agreed to this further extension.

{S:\JLDWP\0001\STP\688800.DOC}

C10-01867 MEJ
STIPULATION AND [PROPOSED] ORDER
FURTHER EXTENDING TIME TO RESPOND TO
COMPLAINT

DATED: July 8, 2010

LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: /s/ Jack V. Valinoti
Steven H. Bovarnick
Jack V. Valinoti
Attorneys for JLD-WP, LLC, a California limited liability company; CALIFORNIA CHECK CASHING, LLC, a California limited liability company; and CALIFORNIA CHECK CASHING, INC., a California corporation

DATED: July 7, 2010

LAW OFFICES OF PAUL L. REIN

By: /s/ Paul L. Rein
Paul L. Rein
Attorneys for Plaintiff

IT IS HEREBY ORDERED that Defendants JLD-WP, LLC, a California limited liability company, CALIFORNIA CHECK CASHING, LLC, a California limited liability company, and CALIFORNIA CHECK CASHING, INC., a California corporation are granted a further extension of time to and including July 23, 2010 in which to answer or otherwise respond to plaintiff's complaint.

DATED: July 9, 2010

By: /s/ Maria-Elena James
Honorable Maria-Elena James
UNITED STATES DISTRICT JUDGE