PAUL L. REIN (SBN 43053)
CELIA MCGUINNESS (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
IRVING GRIFFIN

** List of Defendants and their respective counsel listed after the caption.*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRVING GRIFFIN,<br><br>Plaintiff,<br>vs.<br><br>WILLOW PASS ONE, LLC; JLD-WP, LLC; CALIFORNIA CHECK CASHING, LLC; CALIFORNIA CHECK CASHING, INC.; CSC PARKING MAINTENANCE ASSOCIATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. C10-01867 MEJ<br><br>Civil Rights<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |

DAVID ANDERSON, ESQ. (SBN 167862)
BERGQUIST, WOOD & ANDERSON, LLP
(1) 1470 Maria Lane, Suite 300
Walnut Creek, CA 94596-5339
Telephone: 925/938-6100

S:\CASES\W\WILLOW PASS\PLEADINGS\Stipulated Dismissal and Proposed Order\20110525 Stipulated Dismissal.doc

STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE
CASE No. C10-01867 MEJ

Facsimile: 925/938-4354

Attorneys for Defendant
WILLOW PASS ONE, LLC

STEVEN H. BOVARNICK, ESQ. (SBN 99361)
LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP
199 Fremont St., 21st Floor
San Francisco, CA 94105
Telephone: 415/957-1800
Facsimile: 415/974-1520

Attorneys for Defendants
JLD-WP, LLC; CALIFORNIA CHECK
CASHING, LLC; CALIFORNIA
CHECK CASHING, INC.

JOHN D. BENGTSON, ESQ. (SBN 110200)
319 Barrow Ct.
Walnut Creek, CA 94598
Telephone: 925/933-0595

Attorney for Defendant
CSC PARKING MAINTENANCE ASSOCIATION

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff IRVING GRIFFIN ("Plaintiff") and defendants WILLOW PASS ONE, LLC; JLD-WP, LLC; CALIFORNIA CHECK CASHING, LLC; CALIFORNIA CHECK CASHING, INC.; and CSC PARKING MAINTENANCE ASSOCIATION (collectively referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed

with prejudice as against all Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court (see Docket No. 33); and

3. All parties shall bear his or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated: May 25, 2011

LAW OFFICES OF PAUL L. REIN

By: Paul L. Rein, Esq.
Attorneys for Plaintiff IRVING GRIFFIN

Dated: May 26, 2011

BERGQUIST, WOOD & ANDERSON, LLP

By: David Anderson, Esq.
Attorneys for Defendant
WILLOW PASS ONE, LLC

Dated: MAY 26, 2011

LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: Steven H. Bovarnick, Esq.
Attorneys for Defendants
JLD-WP, LLC; CALIFORNIA CHECK CASHING, LLC; CALIFORNIA CHECK CASHIING, INC.

S:\CASES\W\WILLOW PASS\PLEADINGS\Stipulated Dismissal and Proposed Order\20110525 Stipulated Dismissal.doc

3

STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE
CASE No. C10-01867 MEJ

Dated: May 25, 2011

JOHN D. BENGTSON, ESQ.

Attorney for Defendant CSC PARKING MAINTENANCE ASSOCIATION

**ORDER**

Having reviewed the above Stipulation for Dismissal of Claims With Prejudice submitted by plaintiff IRVING GRIFFIN on the one hand ("Plaintiff"), and defendants WILLOW PASS ONE, LLC; JLD-WP, LLC; CALIFORNIA CHECK CASHING, LLC; CALIFORNIA CHECK CASHING, INC.; and CSC PARKING MAINTENANCE ASSOCIATION (said defendants collectively referred to as "Defendants") on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court.

3. Each party shall bear his or its own costs and fees in the action.

Dated: June 1, 2011

HON. MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE